1

2

3

4

5

6                                    JS-6

7

8                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA
9
                         WESTERN DIVISION
10

11   MIRACLE MILE MEDICAL CENTER     │ CASE NO.  CV 10-279 DSF (Ex)

12            Plaintiff,             │
                                     │ **ORDER OF DISMISSAL OF**
13        v.                         │ **ENTIRE**
                                     │ **CIVIL ACTION**
14   MOTION PICTURE INDUSTRY         │
     PENSION & HEALTH PLANS; and     │
15   DOES 1 through 100, inclusive   │
                                     │
16            Defendants.            │ **[F.R.CIV.P. 41(A)]**

17

18

19        Based on the foregoing Stipulation of Dismissal of all parties herein, this

20   civil action is hereby dismissed in its entirety with prejudice, with each party to

21   pay its own costs, attorneys' fees and expenses.

22

23
     DATED:  July13, 2010
24   _____

                              Dale S. Fischer, U.S. District Judge
25

26

27

28

                                    - 1 -